# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rosen, Gerald E. | U.S. District Court - Eastern District of Michigan | 05/14/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 1/1/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

Room 730
U.S. Courthouse
231 West Lafayette
Detroit, MI 48226

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors | Focus:Hope, Detroit, Michigan |
| 2. | Board of Advisors | George Washington University Law School, Washington, D.C. |
| 3. | Trustee | Trust No. 1 |
| 4. | Trustee | Trust No. 2 |
| 5. | Professor | Wayne State University, Detroit, Michigan |
| 6. | Board of Directors | The Theodore Levin Memorial Foundation |
| 7. | Board of Directors | Detroit Symphony Orchestra |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1995 | The Rutter Group - Publication Agreement dated November 1995, amended October 2012. Royalties to be shared in an amount to be determined upon publication. |
| 2. | 1996 | The West Group - Publication Agreement dated January 1996. Royalties to be shared by authors in an amount to be determined upon publication. |
| 3. | 2005 | The Rutter Group - Publication Agreement dated November 2005. Royalties to be shared by authors in an amount to be determined upon publication. |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rosen, Gerald E.** | 05/14/2015 |

4. 2007 — The Michigan Baseball Ventures, LLC - See Part VIII. Additional Information (Dissolved in 2014)

5. 2013 — The Rutter Group - Publication Update Agreement dated March 2013. Royalty to be paid based on projected sales of the Update.

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 05/14/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Thomson Reuters (West Group) - Book Royalties | $39,031.00 |
| 2. 2014 | Thomson Reuters (West Group) - Speaking Fees | $1,750.00 |
| 3. 2014 | Thomson Reuters (West Group) - Editing Fees | $500.00 |
| 4. 2014 | Wayne State University - Teaching | $22,437.00 |
| 5. | | |
| 6. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Association | 01/17/14 - 01/19/14 | Phoenix, AZ | Conference Attendee | Meals, Lodging, Transportation |
| 2. | Boca Grande Men's Club | 03/10/14 - 03/12/14 | Sasparilla Island, FL | Seminar Speaker | Meals, Lodging, Transportation |
| 3. | UCLA Law School | 03/13/14 - 03/14/14 | Los Angeles, CA | Seminar Speaker | Meals, Lodging, Transportation |
| 4. | Federal Bar Association | 05/05/14 - 05/06/14 | New York, NY | Seminar Speaker | Meals, Lodging, Transportation |
| 5. | The Rutter Group | 06/16/14 - 06/18/14 | San Fransisco, CA & Seattle, WA | Panelist | Meals, Lodging, Transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 05/14/2015 |

| 6. | IP Law Institute | 07/17/14 - 07/18/14 | Mackinac Island, MI | Seminar Speaker | Meals and Transportation |
|---|---|---|---|---|---|
| 7. | Federal Bar Association | 09/04/14 - 09/05/14 | Providence, RI | Seminar Speaker | Meals, Lodging, Transportation |
| 8. | Ford Foundation | 11/17/14 - 11/18/14 | Seattle, WA | Conference Attendee | Meals, Lodging, Transportation |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   PNC Bank Accounts | A | Interest | L | T | | | | | |
| 2.   IRA No. 1 | A | Int./Div. | M | T | | | | | |
| 3.   -Federated Government Obligations Fund Money Market | | | | | | | | | |
| 4.   -Amerco | | | | | Sold | 07/31/14 | J | A | |
| 5.   -American Express Co | | | | | Sold | 07/31/14 | J | A | |
| 6.   -Apple Inc | | | | | Sold (part) | 01/30/14 | J | | |
| 7. | | | | | Buy (add'l) | 05/08/14 | J | | |
| 8. | | | | | Sold (part) | 05/15/14 | J | | |
| 9. | | | | | Buy (add'l) | 07/08/14 | J | | |
| 10. | | | | | Sold | 07/31/14 | J | B | |
| 11.   -Boeing Co | | | | | Sold | 07/31/14 | J | A | |
| 12.   -Bristol-Myers Squibb (Y) | | | | | | | | | |
| 13.   -Caterpillar Inc | | | | | Sold | 07/31/14 | J | A | |
| 14.   -Church & Dwight Co | | | | | Sold | 07/31/14 | J | A | |
| 15.   -ConAgra Foods Inc | | | | | Sold | 02/03/14 | J | | |
| 16.   -Costco Wholesale Corp | | | | | Sold | 07/31/14 | J | A | |
| 17.   -CVS Health Corp | | | | | Sold | 04/28/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Diageo PLC ADR | | | | | Sold | 07/17/14 | J | A | |
| 19. -Ecolab Inc | | | | | Sold | 07/31/14 | J | A | |
| 20. -Exxon Mobil Corp | | | | | Sold | 07/17/14 | J | A | |
| 21. | | | | | Buy | 10/16/14 | J | | |
| 22. | | | | | Buy (add'l) | 10/29/14 | J | | |
| 23. | | | | | Sold | 10/31/14 | J | A | |
| 24. -Ford Motor Company | | | | | Sold | 07/31/14 | J | A | |
| 25. -Freeport-McMoRan | | | | | Sold | 07/31/14 | J | A | |
| 26. -General Electric Co | | | | | Sold (part) | 01/24/14 | J | | |
| 27. | | | | | Sold | 07/31/14 | J | A | |
| 28. -Google Inc Class A | | | | | Buy (add'l) | 01/30/14 | J | | |
| 29. | | | | | Sold | 05/15/14 | J | A | |
| 30. -Hess Corp | | | | | Buy (add'l) | 06/20/14 | K | | |
| 31. | | | | | Sold (part) | 06/20/14 | K | A | |
| 32. | | | | | Sold | 07/17/14 | J | A | |
| 33. -Home Depot Inc. | | | | | Sold | 07/31/14 | J | A | |
| 34. -Jarden Corp | | | | | Sold | 07/31/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy | 08/21/14 | L | | |
| 36. | | | | | Sold | 08/21/14 | L | A | |
| 37. -Lockheed Martin Corp | | | | | Sold | 07/31/14 | J | A | |
| 38. -Microsoft Corp (Y) | | | | | | | | | |
| 39. -Monsanto Co | | | | | Sold (part) | 05/15/14 | J | A | |
| 40. | | | | | Sold | 07/31/14 | J | A | |
| 41. -Mosaic Co | | | | | Sold | 01/17/14 | J | A | |
| 42. -Occidental Petroleum | | | | | Sold | 07/17/14 | J | A | |
| 43. -Perrigo Co PLC | | | | | Sold | 07/17/14 | J | A | |
| 44. -Prudential Financial Inc | | | | | Sold | 07/31/14 | J | A | |
| 45. -Sherwin Williams Co | | | | | Sold | 01/24/14 | J | A | |
| 46. -Starbucks Corp | | | | | Sold | 01/21/14 | J | A | |
| 47. -Union Pacific Corp | | | | | Sold | 07/31/14 | J | A | |
| 48. -Visa Inc Cl A | | | | | Sold (part) | 02/05/14 | J | A | |
| 49. | | | | | Buy (add'l) | 04/22/14 | J | | |
| 50. | | | | | Sold | 07/31/14 | J | A | |
| 51. -Vodafone PLC ADR (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Walt Disney Co | | | | | Sold | 07/31/14 | J | A | |
| 53. -Activis PLC | | | | | Buy | 06/30/14 | J | | |
| 54. | | | | | Sold | 07/31/14 | J | | |
| 55. -Alibaba Grp Holgs SP ADR | | | | | Buy | 11/03/14 | J | | |
| 56. | | | | | Sold | 11/10/14 | J | A | |
| 57. -CBS Corp CL B (X) | | | | | Sold | 07/31/14 | J | | |
| 58. -Chicago Bridge & Iron | | | | | Buy | 10/27/14 | J | | |
| 59. | | | | | Sold | 10/28/14 | J | A | |
| 60. -Chubb Corp | | | | | Buy | 02/25/14 | J | | |
| 61. | | | | | Sold | 07/31/14 | J | A | |
| 62. -Curtiss-Wright Corp | | | | | Buy | 02/26/14 | L | | |
| 63. | | | | | Sold | 02/26/14 | L | A | |
| 64. -Devon Energy Corp | | | | | Buy | 05/07/14 | L | | |
| 65. | | | | | Sold | 05/07/14 | L | A | |
| 66. -DJIA ETF Tr | | | | | Buy | 01/14/14 | L | | |
| 67. | | | | | Sold | 01/14/14 | L | A | |
| 68. | | | | | Buy | 02/11/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 02/11/14 | L | A | |
| 70. -El Pollo Loc Hldgs | | | | | Buy | 07/31/14 | L | | |
| 71. | | | | | Sold | 07/31/14 | L | A | |
| 72. -Gilead Sciences Inc | | | | | Buy | 09/05/14 | L | | |
| 73. | | | | | Sold | 09/05/14 | L | B | |
| 74. -IBM Corp | | | | | Buy | 01/22/14 | J | | |
| 75. | | | | | Sold | 05/28/14 | J | A | |
| 76. -Illumina Inc. | | | | | Buy | 02/10/14 | K | | |
| 77. | | | | | Sold | 02/10/14 | K | A | |
| 78. -Medtronic Inc | | | | | Buy | 05/30/14 | J | | |
| 79. | | | | | Sold | 07/31/14 | J | A | |
| 80. -Palo Alto Networks Inc | | | | | Buy | 08/14/14 | J | | |
| 81. | | | | | Sold | 09/03/14 | J | A | |
| 82. -Plug Power Inc. | | | | | Buy | 01/07/14 | K | | |
| 83. | | | | | Sold | 01/07/14 | K | B | |
| 84. | | | | | Buy | 01/08/14 | L | | |
| 85. | | | | | Sold | 01/08/14 | L | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -ProShares UltraPro S&P 500 | | | | | Buy | 05/12/14 | J | | |
| 87. | | | | | Sold | 05/13/14 | J | A | |
| 88. -Schlumberger Ltd. | | | | | Buy | 04/22/14 | J | | |
| 89. | | | | | Sold (part) | 07/18/14 | J | A | |
| 90. | | | | | Sold | 07/31/14 | J | A | |
| 91. -SPDR S&P 500 ETF Tr | | | | | Buy | 01/15/14 | L | | |
| 92. | | | | | Sold | 01/15/14 | L | A | |
| 93. | | | | | Buy | 06/05/14 | L | | |
| 94. | | | | | Sold | 06/05/14 | L | A | |
| 95. | | | | | Buy | 11/21/14 | K | | |
| 96. | | | | | Sold | 12/03/14 | K | A | |
| 97. -Suncor Energy Inc. | | | | | Buy | 06/16/14 | J | | |
| 98. | | | | | Buy (add'l) | 06/17/14 | J | | |
| 99. | | | | | Sold | 07/31/14 | J | | |
| 100. -Tesoro Corp | | | | | Buy | 10/22/14 | J | | |
| 101. | | | | | Sold | 10/31/14 | J | A | |
| 102. -Thermo Fisher Scientific | | | | | Buy | 01/17/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 07/31/14 | J | A | |
| 104. -WhiteWave Foods Cl A (X) | | | | | Sold | 07/31/14 | J | A | |
| 105. -Zimmer Holdings Inc. | | | | | Buy | 04/03/14 | L | | |
| 106. | | | | | Sold | 04/03/14 | L | A | |
| 107. -Google Inc Cl C | | | | | Spinoff (from line 28) | 04/02/14 | J | | |
| 108. | | | | | Sold | 07/31/14 | J | A | |
| 109. IRA No. 2 | D | Int./Div. | N | T | | | | | |
| 110. -Federated Government Obligations Fund Money Market | | | | | | | | | |
| 111. -Abbot Laboratories | | | | | Sold | 05/16/14 | J | A | |
| 112. -Amerco | | | | | Buy (add'l) | 05/08/14 | J | | |
| 113. | | | | | Sold | 10/01/14 | J | A | |
| 114. -American Water Works | | | | | Sold (part) | 02/05/14 | J | | |
| 115. | | | | | Sold | 10/01/14 | J | A | |
| 116. -Apple Inc | | | | | Sold (part) | 02/05/14 | J | A | |
| 117. | | | | | Buy (add'l) | 04/09/14 | J | | |
| 118. | | | | | Sold | 10/01/14 | J | B | |
| 119. -Boeing Co | | | | | Sold (part) | 02/05/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 03/18/14 | J | A | |
| 121. | | | | | Sold | 10/01/14 | J | A | |
| 122.  -Bristol-Myers Squibb | | | | | Sold | 10/01/14 | J | A | |
| 123.  -Caterpillar Inc | | | | | Sold (part) | 07/17/14 | J | A | |
| 124. | | | | | Sold | 10/01/14 | J | A | |
| 125.  -CBS Corp Cl B | | | | | Sold | 09/22/14 | J | | |
| 126.  -Cerner Corp | | | | | Sold | 02/05/14 | J | A | |
| 127.  -Church & Dwight Co | | | | | Sold (part) | 02/05/14 | J | | |
| 128. | | | | | Sold (part) | 05/15/14 | J | A | |
| 129. | | | | | Sold | 10/01/14 | J | A | |
| 130.  -ConAgra Foods Inc | | | | | Sold | 02/03/14 | J | | |
| 131.  -Costco Wholesale Corp | | | | | Sold | 10/01/14 | J | A | |
| 132.  -Deere & Co Bond (6.95% Due 4-25-14) | | | | | Matured | 04/25/14 | K | | |
| 133.  -Diageo PLC ADR | | | | | Sold | 07/17/14 | J | A | |
| 134.  -EcoLab Inc | | | | | Sold (part) | 05/15/14 | J | A | |
| 135. | | | | | Sold | 10/01/14 | J | A | |
| 136.  -Exxon Mobil Corp | | | | | Sold (part) | 05/15/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 05/06/14 | J | | |
| 138. | | | | | Sold (part) | 07/17/14 | J | A | |
| 139. | | | | | Buy (add'l) | 10/16/14 | J | | |
| 140. | | | | | Buy (add'l) | 10/29/14 | J | | |
| 141. | | | | | Sold | 10/31/14 | J | A | |
| 142. -Ford Motor Company | | | | | Sold | 10/01/14 | J | A | |
| 143. -Freeport-McMoran | | | | | Sold (part) | 04/09/14 | J | | |
| 144. | | | | | Sold | 08/25/14 | J | A | |
| 145. -General Electric Co | | | | | Sold (part) | 02/05/14 | J | | |
| 146. | | | | | Sold | 07/31/14 | J | A | |
| 147. -Google Inc Cl A | | | | | Sold | 04/30/14 | J | A | |
| 148. -Hess Corp | | | | | Sold | 02/05/14 | J | A | |
| 149. | | | | | Buy | 03/10/14 | J | | |
| 150. | | | | | Buy (add'l) | 06/20/14 | L | | |
| 151. | | | | | Sold (part) | 06/20/14 | J | A | |
| 152. | | | | | Sold | 07/31/14 | J | A | |
| 153. -Home Depot Inc | | | | | Sold | 07/31/14 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -IBM Corp | | | | | Sold (part) | 07/17/14 | J | A | |
| 155. | | | | | Sold | 07/31/14 | J | A | |
| 156.  -Jarden Corp | | | | | Sold (part) | 02/05/14 | J | A | |
| 157. | | | | | Sold | 10/01/14 | J | A | |
| 158.  -Lockheed Martin Corp | | | | | Sold | 10/01/14 | J | B | |
| 159.  -McDonalds Corp Bond (Callable) (.0750% Due 05-29-15) | | | | | Sold | 07/02/14 | K | | |
| 160.  -Microsoft Corp | | | | | Sold | 03/13/14 | J | A | |
| 161.  -Microsoft Corp Bond (2.950% Due 06-01-14) | | | | | Matured | 06/01/14 | J | | |
| 162.  -Monsanto Co | | | | | Sold (part) | 02/05/14 | J | | |
| 163. | | | | | Sold | 10/01/14 | J | A | |
| 164.  -Mosaic Co | | | | | Sold | 01/17/14 | J | A | |
| 165.  -Motorola Solutions | | | | | Sold | 02/05/14 | J | | |
| 166.  -Occidental Petroleum | | | | | Sold | 07/31/14 | J | A | |
| 167.  -Pepsi Americas Inc Bond (Callable) (4.375% Due 02-15-14) | | | | | Sold | 01/30/14 | J | | |
| 168.  -Perrigo Co PLC | | | | | Sold | 07/17/14 | J | A | |
| 169.  -Philip Morris Intl Inc Bond (6.875% Due 03-17-14) | | | | | Matured | 03/17/14 | J | | |
| 170.  -Prudential Financial Inc. | | | | | Sold (part) | 02/05/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 10/01/14 | J | A | |
| 172. -Sherwin Williams Co | | | | | Sold (part) | 07/17/14 | J | A | |
| 173. | | | | | Sold | 07/31/14 | J | A | |
| 174. -Sirius SM Holdings Inc | | | | | Sold | 02/05/14 | J | | |
| 175. -Starbucks Corp | | | | | Sold | 01/21/14 | J | A | |
| 176. -Union Pacific Corp | | | | | Sold (part) | 07/17/14 | J | A | |
| 177. | | | | | Sold | 07/31/14 | J | A | |
| 178. -Visa Inc Cl A | | | | | Sold (part) | 09/03/14 | J | A | |
| 179. | | | | | Sold | 10/01/14 | J | A | |
| 180. -Vodafone PLC ADR | | | | | Sold (part) | 06/09/14 | J | | |
| 181. | | | | | Sold | 07/02/14 | J | | |
| 182. -Walt Disney Co | | | | | Sold | 10/01/14 | J | B | |
| 183. -Actavis PLC | | | | | Buy | 06/30/14 | J | | |
| 184. | | | | | Sold | 10/01/14 | J | A | |
| 185. -Alibaba Grp Hldgs SP Adr | | | | | Buy | 11/03/14 | J | | |
| 186. | | | | | Sold | 11/10/14 | J | B | |
| 187. -Anheuser-Busch In Bev Adr | | | | | Buy | 09/03/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold | 10/01/14 | J | | |
| 189.  -ARM Hldgs PLC ADR (X) | | | | | Sold | 10/01/14 | J | | |
| 190.  -Bitauto Hldgs Ltd ADR | | | | | Buy | 07/14/14 | L | | |
| 191. | | | | | Sold | 07/14/14 | L | B | |
| 192.  -Chicago Bridge & Iron | | | | | Buy | 10/27/14 | J | | |
| 193. | | | | | Sold | 10/28/14 | J | A | |
| 194.  -Chubb Corp | | | | | Buy | 02/25/14 | J | | |
| 195. | | | | | Sold | 09/29/14 | J | A | |
| 196.  -DJIA ETF Tr | | | | | Buy | 01/14/14 | K | | |
| 197. | | | | | Sold | 01/14/14 | K | A | |
| 198.  -FedEx Corp | | | | | Buy | 03/07/14 | J | | |
| 199. | | | | | Sold | 03/07/14 | J | A | |
| 200.  -Gilead Sciences Inc. | | | | | Buy | 01/22/14 | J | | |
| 201. | | | | | Sold | 10/01/14 | J | A | |
| 202.  -Gold Trust | | | | | Buy | 10/07/14 | K | | |
| 203. | | | | | Sold | 10/15/14 | K | A | |
| 204.  -Goodyear Tire & Rubber | | | | | Buy | 04/24/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  -Google Inc Cl C | | | | | Spinoff (from line 147) | 04/02/14 | J | | |
| 206. | | | | | Buy (add'l) | 07/16/14 | J | | |
| 207. | | | | | Sold | 10/01/14 | J | A | |
| 208.  -GoPro Inc Cl A | | | | | Buy | 06/30/14 | J | | |
| 209. | | | | | Sold | 07/31/14 | J | A | |
| 210.  -Hain Celestial Group | | | | | Buy | 08/29/14 | J | | |
| 211. | | | | | Sold | 10/01/14 | J | A | |
| 212.  -Johnson & Johnson | | | | | Buy | 10/24/14 | J | | |
| 213. | | | | | Sold | 10/31/14 | J | A | |
| 214.  -Medtronic Inc | | | | | Buy | 01/17/14 | J | | |
| 215. | | | | | Buy (add'l) | 05/30/14 | J | | |
| 216. | | | | | Sold | 07/31/14 | J | A | |
| 217.  -Netflix Inc | | | | | Buy | 03/19/14 | J | | |
| 218. | | | | | Sold | 04/25/14 | J | | |
| 219.  -Plug Power Inc | | | | | Buy | 01/08/14 | K | | |
| 220. | | | | | Sold | 01/08/14 | K | A | |
| 221.  -Proshares UltraPro S&P 500 | | | | | Buy | 05/12/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold | 05/13/14 | J | A | |
| 223.  -Schlumberger Ltd | | | | | Buy | 03/19/14 | J | | |
| 224. | | | | | Sold | 07/31/14 | J | A | |
| 225.  -Sierra Wireless Inc | | | | | Buy | 08/12/14 | J | | |
| 226. | | | | | Sold | 08/18/14 | J | A | |
| 227.  -Spdr S&P 500 ETF Tr | | | | | Buy | 01/15/14 | K | | |
| 228. | | | | | Sold | 01/15/14 | K | A | |
| 229. | | | | | Buy | 06/05/14 | M | | |
| 230. | | | | | Sold | 06/05/14 | M | A | |
| 231. | | | | | Buy | 10/23/14 | L | | |
| 232. | | | | | Sold | 10/28/14 | L | A | |
| 233. | | | | | Buy | 11/21/14 | K | | |
| 234. | | | | | Sold | 12/03/14 | K | A | |
| 235.  -Suncor Energy Ing | | | | | Buy | 06/16/14 | J | | |
| 236. | | | | | Sold (part) | 07/17/14 | J | | |
| 237. | | | | | Sold | 10/01/14 | J | | |
| 238.  -Tesoro Corp | | | | | Buy | 10/22/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold | 10/31/14 | J | A | |
| 240. -Thermo Fisher Scientific | | | | | Buy | 01/17/14 | J | | |
| 241. | | | | | Sold | 10/01/14 | J | A | |
| 242. -Tonix Pharmaceuticals | | | | | Buy | 08/12/14 | J | | |
| 243. | | | | | Sold | 08/15/14 | J | A | |
| 244. -Verizon Communications | | | | | Buy | 02/24/14 | J | | |
| 245. | | | | | Sold | 03/05/14 | J | A | |
| 246. -White Wave Foods Cl A | | | | | Buy | 02/14/14 | J | | |
| 247. | | | | | Buy (add'l) | 07/14/14 | J | | |
| 248. | | | | | Sold | 07/31/14 | J | A | |
| 249. -Whiting Petro Corp | | | | | Buy | 08/22/14 | J | | |
| 250. | | | | | Sold | 10/01/14 | J | | |
| 251. -Zimmer Hldgs Inc | | | | | Buy | 04/03/14 | J | | |
| 252. | | | | | Sold | 04/03/14 | J | A | |
| 253. Roth IRA No. 1 | A | Int./Div. | J | T | | | | | |
| 254. -Federated Government Obligations Fund Money Market | | | | | | | | | |
| 255. Roth IRA No. 2 | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  -Federated Government Obligations Fund Money Market | | | | | | | | | |
| 257.  Brokerage Account No. 1(H) | | | | | | | | | |
| 258.  -Federated Government Obligations Fund Money Market (Y) | | | | | | | | | |
| 259.  -Ford Interest Advantage Money Market | A | Interest | J | T | | | | | |
| 260.  Michigan Baseball Ventures, LLC Partners | | None | | | Distributed | 12/30/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 05/14/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Outside earned income shown in Part III A was computed in accordance with the guidance in Section 3(b) of the Regulations of the Judicial Conference of the United States Under Title VI of the Ethics Reform Act of 1989 Concerning Outside Earned Income, Honoraria and Outside Employment.

Section 3(b) states the following:

(b) "Outside earned income" means all wages, salaries, commissions, professional fees, and payments and compensation of any kind for services rendered or to be rendered by the covered senior employee, less the ordinary and necessary expenses paid or incurred in producing the income, provided, however, that the following shall not constitute earned income.

2. Part I. Positions
a.) Line 3 - Trust No. 1 has no reportable assets.
b.) Line 4 - Trust No. 2 has no reportable assets.

3. Part III. Agreements
a.) Line 4 - To own interests in various minor league baseball franchises; net profits/losses are allocated with accordance with members' shares. Michigan Baseball Ventures, LLC liquidated its assets and was dissolved in 2014.

4. Part VII. Investments and Trusts
a.) Line 12 - Bristol-Myers Squibb was disposed of in 2 transactions, each below the transaction reporting threshold.
b.) Line 17 - CVS Caremark Corp changed their corporate name to CVS Health Corp
c.) Line 38 - Microsoft Corp was disposed of in 2 transactions, each below the transaction reporting threshold.
d.) Line 51 - Vodafone Grp PLC ADR was disposed of in 3 transactions, each below the transaction reporting threshold.
e.) Line 204 - Goodyear Tire & Rubber was disposed of in 2 transactions, each below the transaction reporting threshold.
f.) Line 253 - Roth IRA #1 - Investment strategy was to diversify causing there to be no reportable underlying assets aside from the money market account. Each additional underlying asset is below the value, income and transaction thresholds.
g.) Line 255 - Roth IRA #2 - Investment strategy was to diversify causing there to be no reportable underlying assets aside from the money market account. Each additional underlying asset is below the value, income and transaction thresholds.
h.) Line 260 - Michigan Baseball Ventures, LLC was dissolved in 2014.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gerald E. Rosen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544